IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**FILED**

ROY A. DAY,
    Plaintiff

VS.

GOOGLE, INC., et al.
    Defendants

C.A. No. C 15-01224 NC

MAR 3 1 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE



## I. PLAINTIFF'S MOTION TO EXTEND TIME TO COMPLY WITH THE "CASE SCHEDULE" AND "CASE MANAGEMENT STATEMENT"

PLAINTIFF, ROY A. DAY, files this Motion, and Plaintiff would respectfully show unto this court the following in support thereof:

**1.** Plaintiff is a pauper with no money and is proceeding in a forma pauperis mode. Defendants are being served pursuant to USM-285 form. Accordingly, until the parties are served, Plaintiff, and Defendants, are not able to comply with the present case schedule and case management statement. Plaintiff needs an extension of time to comply with the case schedule and case management statement to a time in the future when Defendants have been served.

WHEREFORE, PREMISES CONSIDERED, Plaintiff request that the following relief be granted:

**a.** That Plaintiff's Motion to Extend Time to Comply with the "Case Schedule" and "Case Management Statement" is GRANTED; that Plaintiff has an extension to file the case schedule and case management statement to a time in the future when Defendants have been served.

**b.** Granting Plaintiff such other and further relief as may be just.

                                         Respectfully submitted,

                                         /s/  Roy A. Day

                                            Roy A. Day
                                            P.O. Box 33
                                      Tarpon Springs, Florida
                                      USA           34688-0033


BY:    /s/ Roy A. Day   (I.D. NO. ???-??-2452)

        ROY A. DAY
        P.O. BOX 33
        TARPON SPRINGS, FLORIDA
        USA           34688-0033
        TELEPHONE: 727-6428636
        EMAIL:
        Citizen-Attorney for Plaintiff Roy A. Day


NOTE: NOT Filed electronically: CM/ECF. Motion pending for a ruling! Sent "snail-mail."

**CONTACT INFORMATION:**

ROY A. DAY
P.O. BOX 33
TARPON SPRINGS, FLORIDA
USA           34688-0033

---

**VOICE:** (PRIMARY: 727-6428636)

---

**FAX, and VOICE:** 206-4951708

---

**MOBILE DEVICE– TEXT MESSAGE (NO EMAIL TEXT MESSAGE): 727-6428636**

---

**EMAIL ADDRESS and MOBILE Pocket PC address:**   royaday@hotmail.com

**EMAIL ADDRESS and MOBILE Pocket PC address:**  royaday@gmail.com

---

## CERTIFICATE OF SERVICE

     I hereby certify that on March 27, 2015, I electronically (snail-mail at this stage) filed the foregoing with the Clerk of the Court using the CM/ECF system (Northern District of California filing system – "partial" PACER), which will send notification of such filing to ?????, who is registered on the CM/ECF system at the following e-mail address: ????@????.com. <u>IN LIEU OF</u>: I hereby certify that a true and correct copy of the above and foregoing motion has been forwarded to ????, ??? address, ???City, ???State zip code, on this 27th day of March, 2015, via first class mail.

/s/ Roy A. Day
_____
Roy A. Day